In the Court of Appeals
For the
First District of Texas

FILED IN
1ST COURT OF APPEA
HOUSTON, TEXAS

APR 27 2015

CHRISTOPHER A PRINE
CLERK CM

In Rem. mike Mendoza Jr §

V's § 01-14-01012 CR

Judge Danise Bradley §

* en banc Sitting for Reconsideration *
unreasonable decision based on
wrong mem ...... Cause No:

Now comes. mike Mendoza Jr. Relator, Pro Se. and incarcerated. Files this en banc sitting for Reconsideration for unreasonable decision. Ruling based on wrong Cause No. #01-14-01013#

Relator Filed a writ mandamus to compel the Honorable Judge D. Bradley. of the 262nd District Court to Rule on a forensic DNA motion Filed By Relator. on January 27 2015. this Honorable Court Denied said Mandamus. Indicating that Relator had an current Pending habeas. So the Courts Had no Duty or [J]urisdiction to Rule. #00 2#

Relator Filed a en banc for Reconsideration. this Honorable Court Ruled on said motion. on april 21 2015. [B]ut! the Court decision was un-reasonable. Based on the Ruling was on Cause No 01-14-01013-CR. which is to compel the

-1-

District Attorney to Respond to habeas application.

Relator is seeking this Honorable court to Reconsider it decision to Deny Relator mandamus to have this court conduct a Judicial act to compel trial court to Rule on forensic DNA testing.

## II

Relator has enclosed exhibit (A) to abet this court in making its decision to vacate it opinion to Deny the mandamus to Judicial act. By compelling trial court to rule on forensic DNA motion.

The decision to Deny was Based on Relator allegally [N]ot Having a pending habeas. exhibit (A) Indicates habeas was Received and filed and pending.

## *Prayer*

Wtherefore. premises. considered. Relator pROVs that this Honorable Court. will Review it's Decision(s) and see that its ApRil 21 2015 Decision is unreasonable. Relator is trying to have this Honorable Court compel trial court to Rule on forensic DNA motion Relator has a pending habeas. since 2009. Aug 30.

Sincerly.

Mike Mendoza. Jr # 1623323 PRO-SE

Mike Mendoza Jr

TDCJ-Coffield unit

2661   FM 2054

Tennessee Colony. TX 75884



# LOREN JACKSON
## HARRIS COUNTY DISTRICT CLERK

December 29, 2010

*Exhibit (A)*

MIKE MENDOZA JR.
#1223739-ERGUSON UNIT
12120 SAVAGE DR.
MIDWAY, TX 75852

RE: CAUSE# 952290-B
262nd District Court

Dear Applicant:

Your post conviction application for Writ of Habeas Corpus was received and filed on 12/27/10. Article 11.07 of the Texas code of Criminal Procedure affords the State 15 days in which to answer the application after having been served with said application. After the 15 days allowed the State to answer the application, the Court has 20 days in which it may order the designation of issues to be resolved, if any. If the Court has not entered an order designating issues to be resolved within 35 days after the State having been served with the application, the application will be forwarded to the Court of Criminal Appeals for their consideration pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure.

The records of the office reflect the following:

| CAUSE NO. | PETITION FOR WRIT OF HABEAS CORPUS | DISPOSITION |
|---|---|---|
| 952290-A | 8/31/2009 | PENDING |

**All** future correspondence should indicate the above listed cause number.

Sincerely,

Daisy Molina, Deputy
Criminal Post Trial

CC: District Attorney
     Judge, Presiding Court

STATE OF TEXAS
COUNTY OF HARRIS

I, Loren Jackson, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy

Mike Mendez Jr #1223339
TDCJ-Clifted unit
2661 FM 2054
Tennessee Colony Texas 75884

Legal Mail

7700220060T

NORTH TEXAS TX 750
DALLAS TX 750
25 APR 2015 PM 6 L

Clerk
Court of Appeals-First District
Cause no: 01-14-01012 CR
301 Fannin Street
Houston Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR 27 2015
CHRISTOPHER A. PRINE
CLERK